UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

v.                                    CIVIL NO.11-20551-20-DT

MALIK DABABNEH,

        Defendant(s).
_____/

## ORDER GRANTING ATTORNEY STUART SANDWEISS'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

This matter has come before the court on the Motion to Withdraw [ Dkt #801] filed on July 17, 2014 by attorney Stuart Sandweiss. At the request of the parties, the court held numerous hearings on the motion in an attempt to resolve the conflict.

A final hearing was held on October 31, 2014 and after hearing argument from counsel and the defendant and reviewing the affidavit submitted by the defendant, the court has determined that there is sufficient reason for Mr. Sandweiss to be permitted to withdraw as counsel for the defendant. Therefore,

IT IS ORDERED for the reasons stated on the record the motion to withdraw is **GRANTED.** The Federal Defender's Office is directed to appoint new counsel. Upon the filing of an appearance by the new attorney, this court will schedule a status conference with counsel.

                                             S/Robert H. Cleland
                                             ROBERT H. CLELAND
                                             UNITED STATES DISTRICT JUDGE

Dated:  November 2, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 2, 2014, by electronic and/or ordinary mail.

                                            S/Lisa Wagner  
                                            Case Manager and Deputy Clerk  
                                            (313) 234-5522