MIE 1  
Revised 09/18

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

UNITED STATES OF AMERICA

      v.

DABABNEH, Malik                            Crim. No.: 11-CR-20551-20

On November 28, 2022, the Court authorized the issuance of a supervised release summons based upon a violation petition citing violation of supervision. The issue of the violation was heard in Court on December 19, 2022. DABABNEH admitted guilt to the violation. The Court adjourned the violation for 60 days. On March 2, 2023, DABABNEH appeared before the Court, and he was continued on supervised release.

In light of the supervised releasee's compliance with the Court-ordered conditions of supervision since the violation hearing on March 2, 2023, the probation department recommends that the Court dispose of the violation matter and continue supervision.

                                                                 Respectfully submitted,

                                                                 s\Courtney M. Wilson  
                                                                  U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 2nd Day of March, 2023.

                                                                  s/Robert H. Cleland  
                                                                  Honorable Robert H. Cleland  
                                                                  United States District Judge